Dismissed and Memorandum Opinion filed January 8








Dismissed
and Memorandum Opinion filed January 8. 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01114-CV

____________

 

INWOOD NORTH HOMEOWNERS ASSOCIATION, Appellant

 

V.

 

KARL D. FERRARO and VANNARIN CHAITONTEUK FERRARO, Appellees

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County,
Texas

Trial Court Cause
No. 924024

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a default judgment signed November 4, 2008.  On December 29,
2008, appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  According to the
motion, the trial court vacated the default judgment on December 3, 2008,
rendering this appeal moot.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.